# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CORREDOR, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>NESTLE WATERS NORTH AMERICA, INC., a corporation doing business in California; and DOES 1-10, inclusive<br><br>        Defendants. | CASE NO. SACV 14-0838 AG (JCGx)<br><br>FINAL JUDGMENT |

Under the Court's September 30, 2014, Order Granting Motion to Dismiss ("Order") (Dkt. No. 16), it is hereby ORDERED that final judgment in this matter is entered in favor of Defendant Nestle Waters North America, Inc. and against Plaintiff William Corredor.

IT IS SO ORDERED.

DATED: September 30, 2014

_____
          Andrew J. Guilford
          United States District Judge